UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-8409-GW-RAOx | Date | February 14, 2025 |
|---|---|---|---|
| Title | *Omar Luna v. GG Auto Sales, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS :    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On February 14, 2025, Plaintiff Omar Luna filed a Notice of Settlement [13]. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for March 17, 2025 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on March 14, 2025.

|  | : |
|---|---|
| Initials of Preparer | JG |